```
                  UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW JERSEY
```

                                   :
DANIEL LOREDO,                     :    CIVIL ACTION NO. 07-5673 (MLC)
                                   :
      Plaintiff,                   :    **MEMORANDUM OPINION**
                                   :
      v.                           :
                                   :
DRIVE FINANCIAL, et al.,           :
                                   :
      Defendants.                  :
_____:


**THE COURT** having ordered the removing party — the defendant Drive Financial ("DFN") — to show cause why the action should not be remanded to state court (1) for lack of jurisdiction under 28 U.S.C. § ("Section") 1331 and the Magnuson-Moss Warranty Improvement Act ("MMWIA"), 15 U.S.C. §§ 2301-2312, and (2) as being removed in a defective manner under Sections 1446 and 1447 (dkt. entry no. 2); and DFN in response (1) "withdraw[ing] its Notice of Removal", and (2) advising the Court that "[c]ounsel for Plaintiff and [DFN] have conferred and consent and agree to the remand of this matter to [state court]" (dkt. entry no. 4, 12-5-07 DFN Counsel Letter); and the Court determining that the order to show cause should be resolved before the return date; and thus the Court intending to (1) grant the order to show cause, and (2) remand the action to state court; and for good cause appearing, the Court will issue an appropriate order and judgment.

                                          s/ Mary L. Cooper
                                        **MARY L. COOPER**
                                        United States District Judge

**Dated:** December 6, 2007